No. 62. DAILY PANTAGRAPH, INC., v. UNITED STATES. Submitted January 19, 1931. Decided January 26, 1931. *Per Curiam:* On confession of error by the respondent, the United States, the judgment is reversed so far as it relates to the question of the reduction of invested capital by reason of dividends paid, being the question under review by this Court. *Mr. Arnold L. Guesmer* submitted for petitioner. *Solicitor General Thacher, Assistant Attorney*

*General Rugg* and *Messrs. Claude R. Branch,* Special Assistant to the Attorney General, *Bradley B. Gilman,* and *Erwin N. Griswold* submitted for the United States.